DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MELVIN BRYANT, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2818

[November 27, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312013CF000388A.

Melvin Bryant, Jr., Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***